IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv145

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| $36,083.22 IN UNITED STATES CURRENCY, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the Motion to Seal [# 8]. Pursuant to 18 U.S.C. § 981(g)(5), the Government moves to file under seal Exhibit A to its Motion to Stay. Section 981(g)(5) provides that in requesting a stay, the Government may "submit evidence ex parte in order to avoid disclosing any matter that may adversely affect an ongoing criminal investigation or pending criminal trial." 18 U.S.C. § 981(g)(5). The Government, however, has not demonstrated or set forth any argument as to how disclosure of Exhibit A would adversely affect an ongoing criminal investigation or pending criminal trial. Accordingly, the Court **DENIES without prejudice** the Government's motion [# 8].

Signed: October 3, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge