# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv145

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| $36,083.22 IN UNITED STATES ) | |
| CURRENCY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Joint Motion to Stay [# 24]. The parties jointly move to stay these proceedings pending the criminal investigation of claimants. The Court **GRANTS** the motion [# 24] and **STAYS** this case pending the completion of the criminal cases against Claimants. Within twenty days of the completion of the criminal cases the parties should jointly file a status report indicating whether the Court should lift the stay.

Signed: July 26, 2012

Dennis L. Howell
United States Magistrate Judge