THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00145-MR-DLH

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| $36,083.22 IN UNITED STATES CURRENCY, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Verified Complaint for Forfeiture *In Rem* [Doc. 26].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 26] is **GRANTED**, and this civil action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: July 8, 2015

Martin Reidinger
United States District Judge