# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| United States of America, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:11-cv-00145-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| $31,442.74 in United States Currency, et al, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2015 Order.

July 8, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court